IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

VS.                                              CASE NO. 5:22-50061

RICHARD HORTON                                                                               DEFENDANT

### ORDER

Before the Court for consideration is Defendant's second Letter/Motion for copies of his docket sheet, plea agreement, presentence investigation report and Judgment and Commitment (ECF No. 123) filed on September 16, 2024, and referred to the undersigned. The Motion will be **granted in part and denied in part**.

(a)     The Court was not confused about which case Defendant seeks documents from and previously granted Defendant's request for a copy of the docket sheet, directing that it be mailed to Defendant at FCI Hazelton. Some mail has been returned to the Clerk so the Court directs that the **Clerk re-send a copy of the docket sheet in this matter to Defendant.**

(b)     With respect to Defendant's request for plea agreement, presentence investigation report and Judgment and Commitment, Jay Moore, counsel for Defendant, possesses these items. Defendant and Mr. Moore are directed to have a conversation about Defendant obtaining these items and possessing them in FCI Hazelton. Defendant does not currently have any matter pending before this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED THAT** Defendant's Letter/Motion (ECF No. 123), be **GRANTED in part (docket sheet)**, and **DENIED in part (plea agreement, presentence investigation report and Judgment and Commitment)** as provided herein.

**IT IS SO ORDERED** this 27th day of September 2024.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE