To the Court Clerk                                                        11/12/24

Please find enclosed for filing, a Motion Under 28 U.S.C. §2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, in the case of United States v. Richard Patrick Horton, 5:22CR50061-1

                           Respectfully,
                           /s/ Richard Horton
                           Richard Horton 06288-010
                           c/o USP Hazelton
                           P.O. Box 2000
                           Bruceton Mills, WV, 26525-2000

P.S. I am presently awaiting transfer to another institution. Will notify upon arrival

AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Western District Arkansas, Fayetteville** |
|---|---|
| Name (under which you were convicted): **Richard Patrick Horton** | Docket or Case No.: **5:22CR50061-1** |
| Place of Confinement: **USP Hazelton** | Prisoner No.: **#06288-010** |
| UNITED STATES OF AMERICA  v. | Movant (include name under which convicted) **Richard Patrick Horton** |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   **United States District Court, for Western District of Arkansas, Fayetteville Division, 35 E. Mountain, Fayetteville, Ar. 72701**

   (b) Criminal docket or case number (if you know): **5:22CR50061-1**

2. (a) Date of the judgment of conviction (if you know): ~~June 7, 2023~~
   (b) Date of sentencing: **June, 7, 2023**

3. Length of sentence: **240 months**

4. Nature of crime (all counts): **Aiding and Abetting Distribution of a Mixture or Substance Containing a Detectable amount of Methamphetamine**

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9. If you did appeal, answer the following:
   (a) Name of court: __Eighth Circuit Court of Appeals__
   (b) Docket or case number (if you know): __23-2426__
   (c) Result: __Sentenced Affirmed__
   (d) Date of result (if you know): __November 20, 2023__
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: __I do not know as the appeal was filed by attorney James Edwin Moore IV. I was only told that he claimed there were no appealable issues and filed an Anders Brief. I was never given a copy of anything that was filed.__

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒
      If "Yes," answer the following:
      (1) Docket or case number (if you know): N/A
      (2) Result: N/A
      (3) Date of result (if you know): N/A
      (4) Citation to the case (if you know): N/A
      (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A

AO 243 (Rev. 09/17)

    (4) Nature of the proceeding: _____ N/A _____

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☒

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____ N/A _____

    (2) Docket of case number (if you know): _____ N/A _____

    (3) Date of filing (if you know): _____ N/A _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☒

    (7) Result: _____ N/A _____

    (8) Date of result (if you know): _____ N/A _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐   No ☒

    (2) Second petition:  Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Ineffective assistance of counsel both attorneys Ken Osborne and ~~James Edwin Moore~~

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Ken Osborne did not have evidence suppressed; Alleged package of methamphetamine that was seized from UPS store was seized due to an invalid search warrant, Benton County judge did not have jurisdiction to issue warrant for Washington County. Search warrant claimed that package was in Benton County when in fact it was in Washington County which would invalidate the warrant itself.
Ken Osborne did not challenge use of Audio Listening Device used by CI. There was no petition to the court requesting authorization to use ALD, and therefore all recordings used should have been suppressed.
Ken Osborne stated to me personally that his expertise was in sentencing phase and not guilt or innocence phase and did not wish to fight case.
Multiple times I asked Mr. Osborne to check for jurisdiction of UPS store, in which he never did and was indifferent.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: I am not the person who filed the appeal. James Edwin Moore would not contact me again after I told him that I wanted to appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☒

Page 5 of 13

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Ineffective assistance of counsel James Edwin Moore IV

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

At the sentencing hearing James Edwin Moore IV did not challenge the use of the methamphetamine sentencing disparity used by the "United States Sentencing Commission. Where I was charged with a "methamphetamine mixture" and sentenced under "methamphetamine (actual)"

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

Page 6 of 13

(2) If you did not raise this issue in your direct appeal, explain why:

_Did not file appeal_

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _N/A_

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

_N/A_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:** Prosecution did not prove by preponderance that alleged methamphetamine was imported from Mexico

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

There was no supporting evidence that alleged package of meth originated in "Mexico" or "Super lab" as was claimed by prosecutor. As seized package was mailed from California, there is no evidence that it wasn't manufactured there, and therefore does not support the importation enhancement.

(b) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:
      N/A

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: N/A
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): N/A
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☒
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☒
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☒

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _N/A_

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** Sentence was excessive

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The sentence of 240 months was excessive and amounts to a life sentence. Due to my age (58 years) and having to do 17 years will put me at the age of 73 when I am released. Sentence does not fit the crime especially when conviction was based on "circumstantial evidence."

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☒     No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐     No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Ground Five: Unlawful Search and Seizure of package at UPS Store. Invalid search warrant

(a) Supporting facts:
Benton County Judge Christine Horwart did not have jurisdiction to issue search warrant for UPS store which was in Washington County. Search warrant itself claimed that alleged package was being concealed in Benton County which was inaccurate alleged package was in Washington County.

Ground Six: Unlawful Search and use of Audio Listening Device (ALD).

(a) Supporting facts:
Detectives never petitioned court for authorization to use

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: I was not aware that these grounds could been raised in court. I would have thought that my attorney(s) would have been aware of these issues. I only became aware of them since after being incarcerated and being to research myself.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At the preliminary hearing:
    Ken Osborne    Fayetteville, Ar.

    (b) At the arraignment and plea:
    Ken Osborne    "

    (c) At the trial:

    (d) At sentencing:
    James Edwin Moore IV    P.O. Box 10444 Fayetteville, Ar. 72703

    (e) On appeal:
    James Edwin Moore IV    "

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:   N/A
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
 (1) the date on which the judgment of conviction became final;
 (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
 (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
 (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief: That sentence be reduced to within the Guidelines range for "meth mixture", that importation enhancement be removed. That guideline range be recalculated.
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  November, 12, 2024 .
(month, date, year)

Executed (signed) on  November, 12, 2024  (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Page 13 of 13

Richard Horton #06288-010
c/o USP Hazelton
P.O. Box 2000
Bruceton Mills, WV
26525-2000

Received WD/AR
NOV 26 2024
U.S. Clerk's Office

LEGAL MAIL

United States District Court
Office of the Clerk
35 E. Mountain, Rm 510
Fayetteville, Ar.
72701