**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**RICHARD PATRICK HORTON**                                          **PETITIONER**

**V.**                          **CASE NO. 5:22-CR-50061**

**UNITED STATES OF AMERICA**                                    **RESPONDENT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 141) filed in this case on January 27, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the parties.

The Court has reviewed this case and finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 129), is **DENIED** and **DISMISSED WITH PREJUDICE**. His Motion to Appoint Counsel (Doc. 138) and Motion for Copies (Doc. 140) are **DENIED** as **MOOT**. Further, any future request for a certificate of appealability will be denied for the reasons set forth in the Report and Recommendation.

**IT IS SO ORDERED** on this 18th day of February, 2026.

                                        */s/ Timothy L. Brooks*
                                        TIMOTHY L. BROOKS
                                        CHIEF UNITED STATES DISTRICT JUDGE